McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
SARAH RYAN, State Bar of Texas 17479500
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8978
    Facsimile: (415) 744-0134
    E-Mail: sarah.ryan@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| MELISSA McGARRY,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:07-CV-01962-EFB<br><br>STIPULATION AND ORDER TO EXTEND TIME |

      The parties, through their respective counsel, stipulate that the time for responding to Plaintiff's Motion for Summary Judgment be extended from March 14, 2008, to April 13, 2008.

      This is Defendant's first request for an extension of time to respond to Plaintiff's Motion for Summary Judgment. The undersigned attorney needs the additional time to confer with her client regarding the case.

///

Respectfully submitted,

Dated: March 10, 2007
/s/ Jonathan A. Hendricks
(As authorized via telephone)
JONATHAN A. HENDRICKS
Attorney for Plaintiff

Dated: March 10, 2007
McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Sarah Ryan
SARAH RYAN
Special Assistant U.S. Attorney

## **ORDER**

Good cause appearing, defendants' time for responding to plaintiff's motion for summary judgment is extended to April 13, 2008.

SO ORDERED.

Dated: March 13, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE