McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
SARAH RYAN, State Bar of Texas 17479500
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8978
    Facsimile:  (415) 744-0134
    E-Mail: sarah.ryan@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| MELISSA McGARRY, ) | CIVIL NO. 2:07-CV-01962-EFB |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER OF |
| v. ) | VOLUNTARY REMAND AND DISMISSAL |
| ) | OF CASE, WITH DIRECTIONS TO CLERK |
| MICHAEL J. ASTRUE, ) | TO ENTER JUDGMENT |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Upon remand, the Administrative Law Judge (ALJ) shall give further consideration to the case record, Plaintiff's subjective complaints, and provide rationale in accordance with the Commissioner's regulations and ruling pertaining to evaluation of symptoms.  The ALJ shall reassess Plaintiff's residual functional capacity and proceed with the sequential evaluation.  If warranted by the expanded record, the ALJ shall obtain evidence from a vocational expert (VE) to clarify the effect of the assessed limitations on Plaintiff's occupational base.  The hypothetical questions should reflect the specific

capacity/limitations established by the record as a whole.  The ALJ shall ask the VE to identify examples of appropriate jobs and to state the incidence of such jobs in the national economy.  Before relying on the VE evidence, the ALJ will identify and resolve any conflicts between the occupational evidence provided by the VE and information in the Dictionary of Occupational Titles (DOT) and its companion publication, the Selected Characteristics of Occupations.

It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to Shalala v. Schaefer, 509 U.S. 292, 113 S. Ct. 2625 (1993).

Respectfully submitted,

Dated: March 31, 2008
/s/ Jonathan A. Hendricks
(As authorized via facsimile)
JONATHAN A. HENDRICKS
Attorney for Plaintiff

Dated: March 27, 2008
McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Sarah Ryan
SARAH RYAN
Special Assistant U.S. Attorney

**APPROVED AND SO ORDERED.**

Dated: April 2, 2008

EDMUND F. BRENNAN
United States Magistrate Judge

2